## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**PETRA YOUNGQUIST,**

    **Plaintiff,**

**v.**                                                                **No. 15-cv-0077 BRB/SMV**

**BOARD OF COUNTY COMMISSIONERS**
**FOR CURRY COUNTY, LANCE PYLE,**
**TORI SANDOVAL, ROBERT SANDOVAL,**
**BEN McDANIEL, FRANK BLACKBURN,**
**WENDELL BOSTWICK, TIM L. ASHLEY,**
**BRITTANY HARRISON, and NICOLE STUART,**[1]

    **Defendants.**[2]

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff's counsel, Eric Dixon, has failed appear at a telephonic Rule 16 Scheduling Conference set for April 20, 2016, at 9:30 a.m., in accordance with the Court's Revised Initial Scheduling Order [Doc. 26]. For the reasons stated herein, Mr. Dixon is ordered to show cause why he should not be sanctioned for his failure to appear.

On February 12, 2016, the Court issued a Revised Initial Scheduling Order [Doc. 26]. The Order directed counsel to call Judge Vidmar's "Meet Me" line on April 20, 2016, at 9:30 a.m. for a telephonic Rule 16 Scheduling Conference. The CM/ECF receipt indicates that

---

[1] Since the Complaint was filed, Defendant Brittany Harrison has changed her surname to Chavez. [Doc. 5] at 1.

[2] The Honorable Bobby R. Baldock, United States Circuit Judge (sitting by designation), granted Defendants' Partial Motion to Dismiss on February 9, 2016. [Doc. 24]. The only remaining claims include the § 1983 claim in Count I against Harrison and Stuart in their individual capacities and the state-law tort claims in Count IV.

the Order was delivered to Plaintiff's counsel, Mr. Dixon, via two separate email addresses. Mr. Dixon failed to appear on behalf of Plaintiff, and the scheduling conference could not proceed.

**IT IS THEREFORE ORDERED** that no later than **May 4, 2016, at 5:00 p.m.,** attorney Eric Dixon shall show cause, in writing, why he should not be sanctioned for his failure to appear at the telephonic status conference set for April 20, 2016, in accordance with the Court's Order Setting Revised Initial Scheduling Order [Doc. 26].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**