IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETRA YOUNGQUIST,

    Plaintiff,

v.                                                    No. 15-cv-0077 BRB/SMV

BOARD OF COUNTY COMMISSIONERS
FOR CURRY COUNTY, LANCE PYLE,
TORI SANDOVAL, ROBERT SANDOVAL,
BEN McDANIEL, FRANK BLACKBURN,
WENDELL BOSTWICK, TIM L. ASHLEY,
BRITTANY HARRISON, and NICOLE STUART, [1]

    Defendants.[2]

### ORDER SETTING RULE 16 SCHEDULING CONFERENCE

**Date and time**:     May 6, 2016, at 9:30 a.m.

**Matter to be heard**:     Rule 16 Scheduling Conference

    A telephonic Rule 16 Scheduling Conference is hereby set for May 6, 2016, at 9:30 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[3]

    **IT IS SO ORDERED.**

                                                                     **STEPHAN M. VIDMAR**
                                                                     **United States Magistrate Judge**

---

[1] Since the Complaint was filed, Defendant Brittany Harrison has changed her surname to Chavez. [Doc. 5] at 1.

[2] The parties stipulated to the voluntary dismissal of Defendant Tori Sandoval on April 21, 2016. [Doc. 36].

[3] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.