# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**PETRA YOUNGQUIST,**

     **Plaintiff,**

**v.**                                                                  **No. 15-cv-0077 BRB/SMV**

**BOARD OF COUNTY COMMISSIONERS
FOR CURRY COUNTY, LANCE PYLE,
TORI SANDOVAL, ROBERT SANDOVAL,
BEN McDANIEL, FRANK BLACKBURN,
WENDELL BOSTWICK, TIM L. ASHLEY,
BRITTANY HARRISON, and NICOLE STUART,** [1]

     **Defendants.** [2]

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:          October 27, 2016, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **October 27, 2016, at 9:30 a.m.**  Counsel

shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. [3]

Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are

reminded to have their calendars available for the hearing.

---

[1] Since the Complaint was filed, Defendant Brittany Harrison has changed her surname to Chavez.  [Doc. 5] at 1.

[2] The Honorable Bobby R. Baldock, United States Circuit Judge (sitting by designation), granted Defendants' Partial Motion to Dismiss on February 9, 2016.  [Doc. 24].  The only remaining claims include the § 1983 claim in Count I against Harrison and Stuart in their individual capacities and the state-law tort claims in Count IV.

[3] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**